# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **In re:** | |
| **WILLIAM C. HAZEL, JR.,** | **CHAPTER 7** |
|    Debtor. | |
| | **CASE NO. 13-13013-RGM** |
| **WELLS FARGO BANK, N.A.,** | |
|    Plaintiff. | |
| vs. | |
| **WILLIAM C. HAZEL, JR.** | |
| **KLINETTE H. KINDRED, TRUSTEE,** | |
|    Defendants. | |

## ORDER GRANTING RELIEF

Upon consideration of the motion of Wells Fargo Bank, N.A. to modify the automatic stay, the Debtors, by counsel, having filed a response indicating that they do not oppose the requested relief and a statement of intention to surrender the property, the Trustee having filed a Report of No Distribution on August 1, 2013, and the Court finding grounds to grant the Motion; it is

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to permit the Plaintiff and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 14021 Sparkling Cove Lane, Windermere, FL 34786, and more particularly described as follows:

> **CONDOMINIUM UNIT 501, BUILDING 5 PHASE 1 OASIS COVE I AT LAKESIDE VILLAGE, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 9461, PAGE 27, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Kimberly B. Lane, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
State Bar #78720
(301) 804-3400

Aug 20 2013
DATED:

/s/ Robert G. Mayer
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
Entered on Docket
August 20, 2013

I ask for this:

## /s/ KIMBERLY B. LANE

Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
David W. Carter, Esquire, VSBN 70875
Kimberly B. Lane, Esquire, VSBN 78720
Brandon R. Jordan, Esquire, VSBN 72170
Johnie R. Muncy, Esquire, VSBN 73248
Samuel I. White, P. C.
Counsel for Wells Fargo Bank, N.A.
611 Rockville Pike, Suite 100
Rockville, MD 20852

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

## /s/ KIMBERLY B. LANE
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Klinette H. Kindred
Chapter 7 Trustee
300 N. Washington Street, Suite 202
Alexandria, VA VA

Robert R. Weed, Esquire
Counsel for Debtor
7900 Sudley Road
Suite 409
Manassas, VA 20109

William C. Hazel, Jr.
Debtor
2814 Cambridge Drive
Woodbridge, VA 22192

/97-031451-12